PER CURIAM.
 

 We issued a Spencer
 
 [1]
 
 show cause order directing Roger Dwayne Duneombe to show cause “why he should not be denied further
 
 pro se
 
 access to this Court for any proceeding to further attack the convictions and sentences” in the underlying case. Having carefully considered Mr. Duncombe’s response, we conclude that he is abusing the judicial process and should be barred from further
 
 pro se
 
 filings.
 

 Therefore, in order to conserve judicial resources, we prohibit Roger Dwayne Duneombe from filing with this Court any further
 
 pro se
 
 pleadings concerning Bre-vard County Circuit Court case number 05-2004-CF-051320-AXXX-XX. The Clerk of this Court is directed not to accept any further
 
 pro se
 
 filings concerning this case. Any further pleadings regarding this case will be summarily rejected by the Clerk, unless they are filed by a member in good standing of The Florida Bar.
 
 See Isley v. State,
 
 652 So.2d 409, 410 (Fla. 5th DCA 1995) (“enough is enough”). The Clerk is further directed to forward a certified copy of this opinion to the appropriate institution for consideration of disciplinary procedures.
 
 See
 
 § 944.279(1), Fla. Stat. (2007);
 
 Simpkins v. State,
 
 909 So.2d 427, 428 (Fla. 5th DCA 2005).
 

 PRO SE FILINGS PROHIBITED.
 

 MONACO, C.J., SAWAYA and EVANDER, JJ., concur.
 

 [1]
 

 .
 
 State v. Spencer,
 
 751 So.2d 47 (Fla.1999).